■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v INNOCENCIA CORTEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered February 6, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, Harwood and Miller, JJ., concur.